IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL ANTHONY QUALLS,** | : |
| Petitioner, | : |
| vs. | :    CA 22-0182-CG-MU |
| **REOSHA BUTLER,** | : |
| Respondent. | : |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated May 10, 2022, is **ADOPTED** as the opinion of this Court and this action is hereby **TRANSFERRED** to the United States District Court for the Northern District of Alabama, Northwestern Division.

**DONE** this 15th day of June, 2022.

                                        /s/ Callie V. S. Granade
                                        SENIOR UNITED STATES DISTRICT JUDGE