# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

| | |
|---|---|
| **MICHAEL ANTHONY QUALLS,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:22-cv-00750-RDP-HNJ |
| **REOSHA BUTLER,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation (Doc. 7) on October 25, 2023, recommending that the court deny Petitioner Michael Anthony Qualls's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 as untimely filed and dismiss his claims with prejudice. (Doc. 7). The Magistrate Judge further recommended that the court deny Petitioner a certificate of appealability. (Doc. 7). No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is due to be denied as untimely filed and his claims are due to be dismissed with prejudice. The court further finds that a certificate of appealability is due to be denied. A final judgment will be entered.

**DONE** and **ORDERED** this November 29, 2023.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE